John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
CHANTHAPHONE SAYAVONG &
LEK SOURIYARANGSY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHANTHAPHONE SAYAVONG and LEK SOURIYARANGSY, individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC, CAL-WESTERN RECONVEYANCE CORPORATION and JOHN & JANE DOES 1 – 10;<br><br>    Defendants. | Case No.:  2:09-cv-00164-JAM-DAD<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs CHANTHAPHONE SAYAVONG and LEK SOURIYARANGSY have filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

/ / /

/ / /

-1-

ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that the above-captioned action, *Sayavong & Souriyarangsy v. Aurora Loan Services, LLC & Cal-Western Reconveyance Corporation,* Case Number 2:09-cv-00164-JAM-DAD, be, and hereby is, dismissed without prejudice.

Dated: July 16, 2009                /s/ John A. Mendez_____
                                    United States District Court Judge

-2-

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

PDF created with pdfFactory trial version www.pdffactory.com